United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN NAZARIO PEREZ LIMA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-4481 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Melvin Nazario Perez Lima filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On July 15, 2026, the court ordered the respondents to answer (Dkt. 4). On July 23, 2026, the respondents filed an advisory stating that they would remove the petitioner after the five-day notice period imposed by this Court (Dkt. 6). They attached an immigration judge's order of removal dated July 23, 2026, reflecting that both sides had waived appeal (Dkt. 6-1). On August 3, 2026, the respondents filed a second advisory providing evidence that the petitioner was removed on July 29, 2026 (Dkt. 7; Dkt. 7-1).

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d

413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).  Therefore the

Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____August 7_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE